Government National Mortgage Association *v.* Grice, Appellant.

Argued June 15, 1973. *Jacob J. Kilimnik,* for appellant; *Harry P. Begier, Jr.,* with him *Orlofsky, Cozen & Begier,* for appellee.

Order affirmed.